# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ELIAZIN BAHENA GARCIA; BETUEL GARCIA; )
GUADALUPE GARCIA; TERESA POPOCA )
SANCHEZ; G.G., a minor, by and through her )
father, HUGO GARCIA; THE ESTATE OF REY )
MENDIOLA, by and through its Special )
Administrator, Nicholas L. Oswald; MAUREEN )
MENDIOLA, individually, as surviving spouse )
and heir at law of the deceased, Rey Mendiola; )
MELINA MENDIOLA and REY CRISTIAN )
MENDIOLA, as surviving children and heirs at )
law of the deceased, Rey Mendiola; )
                                                                      )
        Plaintiffs,                                      )
                                                                      )
v.                                                                 )   Case No.  6:19-cv-01024
                                                                      )
HOWARD PHILLIPS and                             )
BIG DAWG EXPRESS, LLC,                        )
                                                                      )
        Defendants.                                   )
                                                                      )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties stipulate to the dismissal of this case without prejudice. All parties will bear their own costs and expenses.

Agreed:

| | |
|---|---|
| /s/Jesse Tanksley | /s/Timothy B. Niedbalski |
| Scott J. Mann    (#12640) | Andrew Ryan |
| Jesse Tanksley  (#24162) | Timothy B. Niedbalski |
| MANN WYATT & RICE, LLC | Lawrence S. Hall |
| 201 E. 1st Avenue | SANDBERG PHOENIX, P.C. |
| Hutchinson, KS  67501 | 600 Washington Ave. - 15th Floor |
| (620) 662-2400 | St. Louis, MO  63101-1313 |
| (620) 662-2443 (Fax) | 314-231-3332 |
| smann@mannwyattrice.com | 314-241-7604 (Fax) |
| jtanksley@mannwyattrice.com | aryan@sandbergphoenix.com |
| | tniedbalski@sandbergphoenix.com |
| *Attorneys for Plaintiffs Eliazin* | lhall@sandbergphoenix.com |
| *Behena Garcia, Betuel Garcia,* | |

Page 1 of 2

| | |
|---|---|
| *Guadalupe Garcia, Teresa Popoca Sanchez, G.G., a minor, by and through her father, Hugo Garcia, and the Estate of Rey Mendiola, by and through its Special Administrator, Nicholas L. Oswald, Maureen Mendiola, Melina Mendiola and Rey Cristian Mendiola* | *Attorneys for Defendants Howard Phillips and Big Dawg Express, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically filed the foregoing the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Ryan
Timothy B. Niedbalski
Lawrence S. Hall
SANDBERG PHOENIX & von GONTARD, P.C.
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
aryan@sandbergphoenix.com
tniedbalski@sandbergphoenix.com
lhall@sandbergphoenix.com

*Attorneys for Defendants Howard Phillips and Big Dawg Express, LLC*

                                             /s/*Jesse Tanksley*
                                             Jesse Tanksley